UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN JONES, BY
AMY JONES, GUARDIAN,                         CASE NUMBER: 16-13793
                                             HONORABLE VICTORIA A. ROBERTS
                  PLAINTIFF,                 MAGISTRATE JUDGE MAJZOUB

V.

COMMISSIONER OF SOCIAL SECURITY,

                  DEFENDANT.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 30, 2017, Magistrate Judge Majzoub issued a Report and Recommendation [Doc18], recommending that Defendant's Motion for Summary Judgment [Doc. 15] be **DENIED**, Plaintiff's Motion for Summary Judgment [Doc. 14] be **GRANTED** and the matter be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED**, Plaintiff's motion is **GRANTED** and this matter is **REMANDED** to the Commission under sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED**.

                                                             S/Victoria A. Roberts
                                                             Victoria A. Roberts
                                                             United States District Judge

Dated: November 15, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 15, 2017.

S/Linda Vertriest
Deputy Clerk