**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**Dustin Jones,**

        **Plaintiff,**                  **CASE NUMBER: 16-13793
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MORRIS**

**v.**

**Commissioner of Social Security,**

        **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 16, 2021, Magistrate Judge Morris issued a Report and Recommendation [Doc. 29], recommending Petitioner's motion for an award of attorney fees be **GRANTED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

Accordingly, the Court **ADOPTS** the Report and Recommendation and **GRANTS** Petitioner's motion for an award of attorney fees.

    **IT IS ORDERED**.

                                    s/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: March 9, 2021